NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE KNUT ELBERS, CHRISTIANE MEYER, MARTINA VON FREYBURG, AND GREGOR MEYERS

---

2011-1286
(Serial No. 11/524,356)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

JULIE A. SCOTT, Boehringer Ingelheim Vetmedica, Inc., of St. Joseph, Missouri, argued for appellant.

FARHEENA Y. RASHEED, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and ROBERT J. MCMANUS, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (RADER, *Chief Judge,* O'MALLEY and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

        ENTERED BY ORDER OF THE COURT

| January 17, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |